[No. 72506-8-I. Division One. August 3, 2015.]

DAVID GUTTORMSEN ET AL., *Appellants*, v. AURORA BANK, FSB, ET AL., *Respondents*.

 by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 72614-5-I. Division One. August 3, 2015.]

STEVEN W. HYDE ET AL., *Appellants*, v. THE CITY OF LAKE STEVENS, *Respondent*.

 by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Lau, J.

[No. 72693-5-I. Division One. August 3, 2015.]

*In the Matter of the Dependency of* I.H.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DOTTY MARIE REED, *Appellant*.

 by unpublished opinion per Appelwick, J., concurred in by Lau and Trickey, JJ.